UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANA ANGEL,

    Plaintiff,

v.                                                     CASE NO: 8:13-cv-2635-T-26AEP

SOVEREIGN HEALTHCARE OF TAMPA, LLC,

    Defendant.
_____/

**O R D E R**

Upon due and careful consideration, it is ordered and adjudged that Defendant's Motion to Dismiss (Dkt. 9) is denied. Even if this Court were to agree with Defendant's argument that Plaintiff's FLMA claims are subject to arbitration, it would be error to dismiss those claims. See Bender v. A.G. Edwards & Sons, Inc., 971 F.2d 698, 699 (11th Cir. 1992). Instead, the proper procedure is to stay the case pending arbitration. Id. Additionally, Defendant's Motion to Compel Arbitration (Dkt. 9) is denied for failure to comply with the conferral requirements of Local Rule 3.01(g). Counsel for the parties are directed to confer *personally* within the next seven (7) days in a good faith effort to resolve the issues raised in the motion.

**DONE AND ORDERED** at Tampa, Florida, on November 19, 2013.

                                    s/*Richard A. Lazzara*
                                    **RICHARD A. LAZZARA**
                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record